UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>INDA</small> P<small>LOTKOWSKI</small>,

    Plaintiff,

v.

A<small>NDREW</small> S<small>AUL</small>, C<small>OMM'R OF</small> S<small>OC</small>. S<small>EC</small>.,

    Defendant.
_____/

Case No. 20-cv-12011

U.S. D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>
G<small>ERSHWIN</small> A. D<small>RAIN</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
K<small>IMBERLY</small> G. A<small>LTMAN</small>

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#18], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#12] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#15]

On February 23, 2021, Plaintiff Linda Plotkowski filed a motion for summary judgment in this social security disability benefits action. *See* ECF No. 12. Defendant Andrew Saul, the Social Security Commissioner, also submitted a motion for summary judgment on April 23, 2021. *See* ECF No. 15. Plaintiff filed her response to Defendant's motion two weeks later. *See* ECF No. 16.

Presently before the Court is United States Magistrate Judge Kimberly G. Altman's Report and Recommendation concerning the parties' cross-motions for summary judgment. *See* ECF No. 18. Judge Altman recommends that this Court deny Plaintiff's motion, grant Defendant's motion, and affirm the Commissioner's decision. ECF No. 18, PageID.1510. Neither party filed objections to the Report

1

and Recommendation, and the opportunity to file objections has passed. FED. R. CIV. P. 72(b)(2).

When no objections are timely filed, a district court reviews a magistrate judge's report and recommendation for clear error. FED. R. CIV. P. 72, advisory committee note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court reviewed the Report and Recommendation and found no clear error.

Therefore, the Court ACCEPTS and ADOPTS Judge Altman's Report and Recommendation [#18], as this Court's findings of fact and conclusions of law.

Plaintiff's Motion for Summary Judgment [#12] is DENIED.

Defendant's Motion for Summary Judgment [#15] is GRANTED.

**IT IS SO ORDERED.**

Dated: February 9, 2022  /s/ Gershwin A. Drain
GERSHWIN A. DRAIN
U.S. DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 9, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

2